**Motion granted; Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00429-CR

———————

## CRISTIAN YOSELI MARQUEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1433052**

## ORDER

Appellant's court-appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court her desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant's motion is granted.

Accordingly, we hereby direct the Judge of the 174th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **December 14, 2016;** that

the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file her pro se brief with this court within thirty days of that date.


PER CURIAM